# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0599
LT Case No. 2021-CF-002701-A

_____

GERMAINE LEONARD DUBOSE,
JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

Ashley Moody, Attorney General and Adam B. Wilson, Assistant
Attorney General, Tallahassee, for Appellee.

June 25, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____